## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NANCY MORRISON**                                                                          **PLAINTIFF**

**VS.**                                       **CASE NO. 3:14CV00104 JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                                 **DEFENDANT**

### JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 1st day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE